E-filing

Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

LORIE GARLICK,  )
 )
 )
 ) CV 08    4118
 )
Plaintiff )
v. ) Civil Action No.
COMPASS VISION, INC. and )
NATIONAL MEDICAL SERVICES, INC. ) EDL
D/B/A NMS LABS )
 )
Defendant )

## Summons in a Civil Action

To: COMPASS VISION, INC. and NATIONAL MEDICAL SERVICES, INC. D/B/A NMS LABS

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Steve S. Kane
THE KANE LAW FIRM
402 West Broadway, Suite 400
San Diego, CA 92101
(619) 446-5680

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: AUG 2 8 2008

Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*