FILED
AUG 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Steve S. Kane, Esq. (SBN 061670)
THE KANE LAW FIRM
402 West Broadway, Suite 400
San Diego, CA 92101
Telephone: (619) 446-5680
skane@thekanelawfirm.com
Attorney for Plaintiff

Norman Perlberger, Esq.
Eliot H. Lewis, Esq.
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
Telephone: (215) 569-8866
nperlberger@ppl-law.com
ehlewis@ppl-law.com
Attorneys in Pro Hac Vice pending for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIE GARLICK,<br><br>Plaintiff<br><br>vs.<br><br>COMPASS VISION, INC. And<br>NATIONAL MEDICAL SERVICES, INC.<br>D/B/A NMS LABS<br><br>Defendants | CIVIL ACTION NO. CV 08 4118 EDL<br><br>NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING<br>[LR 3-13] |

Plaintiff, LORIE GARLICK, pursuant to Local Rule 3-13, gives her Notice of Pendency of Other Action or Proceeding as follows:

**Description of Other actions:**

Counsel for plaintiff is aware of the following related cases of other plaintiffs suing for negligence related to EtG testing:

1. *Wilson v. Compass Vision, Inc. and NMS*, Case No. CV 07 3431 BZ, United States District Court for the Northern District of California.

2. *Cleveland et al v. Compass Vision, Inc. and NMS*, Case No. CV 07 5642 BZ, United States District Court for the Northern District of California. (Five plaintiffs.)

3. *Quisenberry v. Compass Vision, Inc.* Case No. 07-CV-01135-BEN-AJB, USDC for the Southern District of California.

4. *Gonzales et al v. Compass Vision, Inc. and NMS*, Case No. 07 CV 1951 BEN AJB, United States District Court for the Southern District of California. (Nine plaintiffs.)

5. *Garlick et. al. v. Quest Diagnostics, Inc. et. al.* Case No. 06-cv-6244, United States District Court of New Jersey – Newark, on Appeal to Third Circuit, APPEAL NO. 08-cv-1079 (Fifteen plaintiffs.)

6. *Nancy Clark v. FirstLab, Quest and NMS*, NO. 06-27461 Court of Common Pleas, Montgomery County, Pennsylvania.

7. *Boyer v. FirstLab and Quest*, NO. 07-11356 Court of Common Pleas, Montgomery County, Pennsylvania.

8. *Gately v. FirstLab and Quest*, NO. 07-21354 Court of Common Pleas, Montgomery County, Pennsylvania.

9. *Berry v. NMS and Compass Vision*, Case No. 07-CV-0365 District Court of Johnson County, Kansas.

10. *D. Clark v. NMS and Compass Vision*, Case No. 08-CV-0043 District Court of Johnson County, Kansas.

11. *Fernandez v. NMS and Compass Vision*, Case No. 07-CV-8668 District Court of Johnson County, Kansas.

12. *Honeyman v NMS and Compass Vision*, Case No. 07-C-703 District Court of Shawnee County, Kansas.

13. *Grable v. NMS and Compass Vision*, No. 07-CV-9904 District Court of Johnson County, Kansas.

14. *Lampe v. NMS and Compass Vision*, No. 07-CV-6475 District Court of Johnson County, Kansas.

**Relationship of Actions**

Each of the related cases alleges that the defendants marketed, sold, and administered ethyl glucuranide (EtG) alcohol test programs under contract with various California professional

1  regulatory boards such as the California Board of Nursing and the California Pharmacy Board.
2  Plaintiffs are professionals involved in mandated rehabilitation programs who were harmed by
3  false positive EtG tests.
4      The parties to the *Wilson, Cleveland, Quisenberry and Gonzalez* cases, pending either in
5  this Court, or, the U.S. District Court for the Southern District of California have agreed to
6  coordinate discovery in those cases in order to avoid repetition or duplication and preserve
7  resources.
8  Dated: August 27, 2008

THE KANE LAW FIRM

By: _____
Steve S. Kane
Attorney for Plaintiff