1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LORIE GARLICK,                              No. C-08-04118  EDL

11            Plaintiff,                         **ORDER FOLLOWING CASE
                                                 MANAGEMENT CONFERENCE**
12      v.

13   COMPASS VISION INC,

14            Defendant.
                                              /
15   ─────────────────────────────────

16        In the parties' Joint Case Management Conference Statement, the parties informed the Court

17   that they believed this case was related to two cases currently pending before Judge Bernard

18   Zimmerman.  <u>See</u> <u>Wilson v. Compass Vision, Inc., et al.</u>, Case No. CV 07-3431 BZ (N.D. Cal.);

19   <u>Cleveland, et al. v. Compass Vision, Inc., et al.</u>, Case No. CV 07-5642 BZ (N.D. Cal.).  At the

20   December 2, 2008 Case Management Conference, Plaintiff's counsel stated that he sought to relate

21   this case to Judge Zimmerman's cases by filing a Notice of Pendency of Other Action or Proceeding

22   on August 28, 2008 pursuant to Civil Local Rule 3-13.  All parties agreed that this case should be

23   related to Judge Zimmerman's cases.

24        For the parties' future reference, the related case issue was not promptly resolved because

25   Plaintiff's Notice of Pendency did not comply with Civil Local Rule 3-12, which governs the

26   relation of cases in this district and requires that a party seeking to relate cases within this district

27   must "promptly file in the earliest-filed case an Administrative Motion to Consider Whether Cases

28   Should Be Related, pursuant to Civil L.R. 7-11" (Civil L.R. 3-12(b)), so that the Judge with the

     earliest-filed case can determine whether to relate the cases.  After this Court, with the parties'

**United States District Court**
For the Northern District of California

permission, brought this issue to Judge Zimmerman's attention on December 2, 2008, he issued an

order relating the cases that same day.

     **IT IS SO ORDERED.**

Dated: December 3, 2008

                                 *Elizabeth D. Laporte*
                                 ELIZABETH D. LAPORTE
                                 United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California