RECEIVED
2010 APR 14 P 2:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIE GARLICK, | CASE NO. 08-cv-04118 BZ |
| Plaintiff, | (~~Proposed~~) |
| v. | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY |
| COMPASS VISION, INC., et al. | *PRO HAC VICE* |
| Defendant. | |

Robert A. Swider, whose business address and telephone number is

Swider Medeiros Haver LLP
621 SW Morrison, Suite 1420
Portland, OR 97205       Telephone: (503) 241-9577

and who is an active member in good standing of the bar of the State of Oregon having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Compass Vision, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 16, 2010

United States Magistrate Judge
Bernard Zimmerman